UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASSURANT, INC.,

    Plaintiff,　　　　　　　　　　　　　HONORABLE PAUL L. MALONEY

v.　　　　　　　　　　　　　　　　　　　Case No. 1:10-cv-246

WILLIAM WEBB,

    Defendant.
_____/

## ORDER REGARDING CLOSING DOCUMENTS

The Court having been informed by Notice of Settlement filed May 4, 2010 (Dkt. #15) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers shall be filed with the Court by **July 2, 2010**.


DATED: May 5, 2010　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge